# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROSEMARY CALDWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-CV-627-TCK-FHM |
| WHIRLPOOL CORPORATION, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Rosemary Caldwell, and Defendant, Whirlpool Corporation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/Lauren G. Lambright
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Phone: 918-585-2667
Fax: 918-585-2669
Email: laurenlambright@ssrok.com

*Attorneys for Plaintiff, Rosemary Caldwell*

s/Kimberly Lambert Love
*(signed by filing attorney with permission of non-filing attorney)*
Kimberly Lambert Love, OBA #10879
Shannon P. Wheeler, OBA #22125
J. Miles McFadden, OBA #30166
Titus Hillis Reynolds Love
15 East 5th Street, Suite 3700
Tulsa, OK 74103
Phone: 918-587-6800
Fax: 918-587-6822
Email: klove@titushillis.com

*Attorney for Defendant, Whirlpool Corporation*